# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

HAFAN ANTONIO RILEY,

      Petitioner,

    v.

NICOLE CHISOLM,

      Respondent.

2:25-cv-35

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant in part and deny in part Respondent's Motion to Dismiss and to dismiss without prejudice Petitioner Hafan Riley's ("Riley") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 19. Riley did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT in part** and **DENY in part** Respondent's Motion to Dismiss, **DISMISS without prejudice** Riley's 28 U.S.C.

§ 2241 Petition for Writ of Habeas Corpus, dkt. nos. 1, 12, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Riley *in forma pauperis* status on appeal.

    **SO ORDERED**, this ___30___ day of March, 2026.

           HON. LISA GODBEY WOOD, JUDGE
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF GEORGIA